[No. 8,593.—Department One.]
November 23, 1882.

## MARIA A. VANDEFORD *v.* C. F. FOSTER.

VERDICT—JURY—ISSUES—NEW TRIAL—EXCESSIVE DAMAGES.

APPEAL from a judgment for the plaintiff, and from an

order denying a new trial, in the Superior Court of the County of Tehama.   MAYHEW, J.

The facts in this case are similar to those stated in *Garlick* v. *Bower, ante,* 65.

*Chipman & Garter,* for Appellant.

*Jerome Banks* and *Charles R. Barry,* for Respondent.

The COURT:

On the authority of *Garlick* v. *Bower, ante,* 65, order denying appellant's motion for a new trial reversed and cause remanded.